**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000048**
**10-MAY-2024**
**08:03 AM**
**Dkt. 192 ODMR**

NO. CAAP-19-0000048

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ROMSPEN INVESTMENT CORPORATION,
an Ontario Corporation, Plaintiff-Appellee, v.
L & E RANCH LLC, a Hawaiʻi limited liability company,
Defendant-Appellant, and HUGH JOHN COFLIN;
JANET DAWN STEPHENSON COFLIN;
THE BANK OF NEW YORK MELLON, a New York Corporation;
DEPARTMENT OF TAXATION, STATE OF HAWAIʻI; JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION; TERRY LYNNE OHARA MOSELEY;
ASSOCIATION OF APARTMENT OWNERS OF KAI MALU AT WAILEA;
ASSOCIATION OF APARTMENT OWNERS OF WAILEA FAIRWAY VILLAS;
ASSOCIATION OF APARTMENT OWNERS OF MAKENA SURF;
DEAN S. ARASHIRO; MARGARET C. GARCIA;
MARGARET C. GARCIA, DDS, INC.; DEAN S. ARASHIRO, DDS, MS, LTD.;
MAUI MIAMI AUMAKA PARTNERS LIMITED PARTNERSHIP,
Defendants-Appellees, and
JOHN DOES 2-50; JANE DOES 2-50; DOE PARTNERSHIPS 2-50;
DOE CORPORATIONS 2-50; DOE ENTITIES 2-50 and
DOE GOVERNMENTAL UNITS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC161000470)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of Defendant-Appellant L&E Ranch

LLC's (**L&E Ranch**) May 3, 2024 Motion for Reconsideration, the

papers in support, and the record, it appears L&E Ranch has not shown a point of law or fact this court overlooked or misapprehended in the April 24, 2024 Summary Disposition Order. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, May 10, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge